**Opinion filed March 10, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00091-CV

_____

## GILBERT ARSIAGA, SUBSTITUTE TRUSTEE, AND BAC HOME LOANS SERVICING, LP

### V.

## VALENTE MENDES

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause No. B-129,159**

### M E M O R A N D U M   O P I N I O N

Appellants, Gilbert Arsiaga, Substitute Trustee, and BAC Home Loans Servicing, LP, and appellee, Valente Mendes, have filed a joint motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(2). In the motion, the parties state that they "have now reached an agreement to settle and compromise their differences in this appeal. Specifically, the parties have agreed to bound [sic] by the Amended Temporary Orders entered by the trial court on June 7, 2010, thereby disposing of the arguments made the basis of this appeal." The parties further request the court to render judgment effectuating the parties' agreement pursuant to

Rule 42.1(a)(2)(A) by affirming the Amended Temporary Orders entered by the trial court on June 7, 2010, and remanding this case to the trial court for further proceedings.

Therefore, in accordance with the parties' request, we affirm the Amended Temporary Orders entered by the trial court on June 7, 2010, and remand this case to the trial court for further proceedings.

The joint motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

March 10, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.